IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS-HOT SPRINGS

| | |
|---|---|
| BMO HARRIS BANK N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-6118 |
| ) | |
| ALTON BEAN TRUCKING, INC. and GARY ) | |
| BEAN, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO RE-OPEN CASE

Plaintiff, BMO Harris Bank N.A. ("Plaintiff"), by its attorneys, moves this Court to reopen this case to enforce Alton Bean Trucking Inc.'s and Gary Bean's (collectively, "Defendants") obligations pursuant to the final judgment. No brief is required in support of this motion pursuant to Local Rule 7.2(d)(2). In support of this motion, Plaintiff states:

1. This case involves Defendants' retention of Retained Collateral (as defined in the Verified Complaint) in which Plaintiff has a superior possessory interest, pursuant to Arkansas's replevin statute, Ark. Code Ann. § 18-60-801, *et seq*.

2. On April 11, 2017, this Court entered default judgment ("Judgment") against Defendants which included an Order of Delivery pursuant to which it ordered that "all Collateral, including the Retained Collateral, be returned and surrendered to Plaintiff. If not, the U.S. Marshall or Sheriff of the appropriate county shall assist Plaintiff in taking possession of same." ECF No. 18.

3. Having been served with the Judgment, Defendants have failed and refused to comply with the Order of Delivery. Specifically, Defendants failed to disclose the location of the Retained Collateral to Plaintiff or its agents, and have failed to deliver the Collateral to Plaintiff.

- 2 -

4. Plaintiff and its recovery agents have been unable to locate the Retained Collateral despite their reasonable efforts to do so. Defendants continue to use the Retained Collateral in interstate commerce, such that the Retained Collateral is spread out across different states and is constantly on the move.

5. The assistance of local law enforcement is inadequate because the Retained Collateral is mobile, which makes it nearly impossible to determine the precise whereabouts of the Retained Collateral. For this same reason, the assistance of the U.S. Marshal is inadequate. Plaintiff now seeks further relief from the Court to enforce the Order of Delivery pursuant to Federal Rule of Civil Procedure 70(e).

6. Accordingly, Plaintiff will file a Motion to Hold in Contempt upon reopening of the case.

WHEREFORE, Plaintiff requests that the Court enter an order: (a) re-opening this case for the purposes of enforcing the Judgment; and (b) granting such other and further relief as shall be just and equitable.

Dated: February 13, 2019

Respectfully submitted,

/s/ *Lance R. Miller*

Lance R. Miller
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
Telephone: 501.688.8855
Facsimile: 501.918.7855

*Attorneys for BMO Harris Bank N.A.*

## CERTIFICATE OF SERVICE

I, Lance R. Miller, do hereby certify that a true and correct copy of the foregoing was served on the following person(s) by U.S. Certified Mail, Restricted Delivery, and U.S. Mail, postage pre-paid, on this 13th day of February, 2019:

Alton Bean Trucking, Inc.
c/o Mr. Gary Bean, Agent
203 South Mountain Street
Amity, AR  71921

I, Lance R. Miller, do hereby certify that a true and correct copy of the foregoing was served, as a courtesy copy only, on the following person(s) by U.S. Mail, postage pre-paid, on this 13th day of February, 2019:

Marc Honey
HONEY LAW FIRM, P.A.
P.O. Box 1254
Hot Spring, AR  71902

                                                     /s/ *Lance R. Miller*
                                                       Lance R. Miller